```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06423
    TIMOTEO AMAYA
    TERESA AMAYA                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2390      SSN XXX-XX-2188

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/18/08 .

    2.  The case was dismissed without confirmation, 06/27/2008.

    3.  The Debtor paid a total of $    1020.00 .

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00            .00            .00
WILL COUNTY TREASURER    SECURED               .00            .00            .00
COUNTRYWIDE HOME LOANS   UNSECURED       NOT FILED            .00            .00
        Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00           .00          .00           .00
PRINCIPAL PAID        .00          .00           .00          .00           .00
INTEREST PAID         .00          .00           .00          .00           .00
TOTAL PAID            .00          .00           .00          .00           .00
The Debtor's attorney, MELVIN J KAPLAN              , was allowed $   3500.00
and was paid $   3500.00   direct and $      .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $   1020.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 09/10/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
CASE NO. 08 B 06423 TIMOTEO AMAYA & TERESA AMAYA
```